[No. 7966-0-III. Division Three. July 30, 1987.]

DOUG BUCHANAN, ET AL, *Appellants,* v. DAMSKOV FORD-MERCURY SALES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 85-2-00084-8, James R. Thomas, J., entered July 1, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.

[No. 7610-5-III. Division Three. July 30, 1987.]

CLIFFORD WANZER, ET AL, *Appellants,* v. BETTY WANZER, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 83-2-00514-7, Clinton J. Merritt, J., entered January 3, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Green and Munson, JJ.

[No. 9370-7-II. Division Two. July 30, 1987.]

JOYCE BLUE, *Respondent,* v. SAFECO INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 85-2-01292-2, Paula Casey, J., entered November 19, 1985. *Affirmed* by unpublished opinion per Kolbaba, J. Pro Tem., concurred in by Brown and Goodloe, JJ. Pro Tem.